| BORROWER NAME | UBS LOAN ID |
|---|---|
| SATERSMOEN ,ERIC | 334688962 |
| ROBLES ,SERGIO | 334688947 |
| ROMO ,CLARK | 334375427 |
| CRUCILLO ,ROSE | 334375448 |
| AKINTONDE ,BARBARA | 334375391 |
| SQUILLANTE ,VINCENT | 334375492 |
| WILLIAMS ,CANDICE | 334375436 |
| HERNANDEZ ,ALEJANDRO | 334375405 |
| HER, HOUA | 334375467 |
| JONES ,WALTER | 334375470 |
| BALDENEGRO ,GABRIEL | 334375397 |
| ROJAS ,CATHY | 334375425 |
| DAVENPORT II., WILLIAM D. | 334870570 |
| AHAMMAD ,MOHAMMAD | 335045187 |
| THAO ,MEE | 334688982 |
| WASHINGTON ,ROSITA | 334689007 |
| COOK ,SCOTT | 334688778 |
| ROSENDAHL ,KAREE | 334688952 |
| MONTES ,TANYA | 334688893 |
| HARRELL ,SEAN | 334688831 |
| GATES ,JASON | 334688820 |
| GARIBAY ,VICENTE | 334688819 |
| FRANCISCO ,MEL | 334688811 |
| FERGUSON ,STANLEY | 334688807 |
| CALDWELL ,KENNETH | 334688751 |
| BEAL ,RICK | 334688770 |
| SHOPES, KATHY B. | 777018339 |
| BAUTISTA, ALEXANDER | 334620743 |
| ZAMORA, CANDIDO | 333773352 |
| LUU ,HARRY | 334375417 |
| AZIZ ,NADIA | 334375395 |
| LOPEZ ,JOSE | 334375416 |
| BRUNKEN ,DARRELL | 334375399 |
| HUNNICUTT ,WILLIAM | 334375410 |