UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UBS REAL ESTATE SECURITIES INC.,

                                    Plaintiff,

            -against-

SILVER STATE FINANCIAL SERVICES,
INC. d/b/a SILVER STATE MORTGAGE,

                                    Defendant.

Case No.:  07 Civ. 3702 (MGC)

ECF Case

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for UBS Real Estate Securities Inc. (a private non-governmental party) certifies that UBS Real Estate Securities Inc. is an indirect wholly-owned subsidiary of UBS AG, a publicly-held corporation.

Dated:  May 10, 2007

                          MILLER & WRUBEL P.C.

                          By: _____/s/ Joel M. Miller_____
                              Joel M. Miller (JS-2018)
                              Charles R. Jacob III (CJ-4143)
                              Jeremy M. Sher (JS-1422)
                              250 Park Avenue
                              New York, New York 10177
                              (212) 336-3500

                              Attorneys for Plaintiff
                              UBS Real Estate Securities Inc.