

# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UBS REAL ESTATE SECURITIES INC.,

        Plaintiff,

        -against-

SILVER STATE FINANCIAL SERVICES, INC. d/b/a
SILVER STATE MORTGAGE,

        Defendant.
------------------------------------------------------------X

Case No. 07 CV 3702
(Judge Cedarbaum)

AFFIDAVIT OF SERVICE

STATE OF NEVADA   )
                 S.S.:
COUNTY OF CLARK   )

        _Jay L Stone_, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 15th day of May, 2007, at approximately the time of _3pm_, deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; RULE 7.1 STATEMENT; INDIVIDUAL PRACTICES OF JUDGE MIRIUM GODMAN CEDARBAUM; INDIVIDUAL RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX; AND ECF GUIDELINES upon SILVER STATE FINANCIAL SERVICES, INC. d/b/a SILVER STATE MORTGAGE c/o R. Glen Woods at 1349 Galleria Drive, Suite 200, Henderson, NV, by personally delivering and leaving the same with _Marika Hymer_ who informed deponent that _she_ holds the position of _Paralegal_ with that company and is authorized by appointment to receive service at that address.

        _Marika Hymer_ is a _White Female_, approximately _25/30_ years of age, stands approximately _5_ feet _7_ inches tall, weighs approximately _130_ pounds with _Brown_ hair.

PROCESS SERVER

Sworn to before me this
_23rd_ day of May, 2007

NOTARY PUBLIC

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
TIMOTHY DILLARD
No: 99-57559-1
My Appointment Expires Aug. 29, 2007

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com