UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS REAL ESTATE SECURITIES INC.,<br><br>Plaintiff,<br><br>-against-<br><br>SILVER STATE FINANCIAL SERVICES,<br>INC. d/b/a SILVER STATE MORTGAGE,<br><br>Defendant. | Case No.: 07 Civ. 3702 (MGC)<br><br>ECF Case<br><br>**AFFIDAVIT FOR**<br>**CERTIFICATE OF DEFAULT** |

STATE OF NEW YORK   )
                    )  ss.:
COUNTY OF NEW YORK  )

Jeremy M. Sher, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and the firm of Miller & Wrubel P.C., attorneys for plaintiff in the above-entitled action and I am familiar with all the facts and circumstances in this action.

2. I make this affidavit pursuant to Rule 55.1 of the Civil Rules for the Southern District of New York, in support of plaintiff's application for a certificate of default.

3. This action was commenced on May 10, 2007 by the filing of the summons and complaint. A copy of the summons and complaint was served on defendant on May 15, 2007 by personal service on Marika Hymer, an agent authorized to receive service for defendant, and proof of such service thereof was filed on May 24, 2007. The defendant has not answered the complaint and the time for the defendant to answer the complaint has expired.

WHEREFORE, plaintiff requests the entry of Default against defendant.

Dated: New York, New York
July 10, 2007

*[signature: Jeremy Sher]*

Sworn to before me this 10th
day of July, 2007

*[signature]*
Notary Public

LAUREN T. PIECHOCKI
Notary Public, State of New York
No. 01PI6157562
Qualified in New York County
Commission expires Dec. 11, 20_10_

2