UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS REAL ESTATE SECURITIES INC., | Case No.: 07 Civ. 3702 (MGC) |
| | ECF Case |
| Plaintiff, | |
| | **NOTICE OF MOTION FOR** |
| -against- | **DEFAULT JUDGMENT** |
| | |
| SILVER STATE FINANCIAL SERVICES, INC. d/b/a SILVER STATE MORTGAGE, | |
| | |
| Defendant. | |

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b), upon the accompanying Declaration of Brian Bowes, dated October 25, 2007, and attached exhibit, the accompanying Declaration of Joel M. Miller, dated October 25, 2007, and attached exhibits, and all other pleadings and proceedings herein, plaintiff UBS Real Estate Securities Inc. will move this Court (Hon. Miriam Goldman Cedarbaum) at the United States Courthouse, 500 Pearl Street, New York, New York, on the 29th day of November, 2007 (in place of a return date of November 22, 2007, which is Thanksgiving Day and the Court will be closed), at 9:30 a.m., for a judgment by default against defendant Silver State Financial Services, Inc. d/b/a Silver State Mortgage, in the amount of $2,932,374.39 (not including interest to date from October 19, 2007 at the per diem rate of $719.34), which amount consists of $2,917,317 in damages and $15,507.39 in reasonable costs, attorneys' fees and expenses incurred in connection with this action.

Attached hereto as Exhibit 1 is the proposed form of default judgment.

PLEASE TAKE NOTICE THAT answering papers, if any, must be received by plaintiff by November 21, 2007, by noon.

Dated: October 25, 2007

                                       MILLER & WRUBEL P.C.

                               By:  /s Joel M. Miller
                                    Joel M. Miller
                                    Charles R. Jacob III
                                    Jeremy M. Sher
                                    250 Park Avenue
                                    New York, New York 10177
                                    (212) 336-3500

                                    *Attorneys for Plaintiff*
                                    *UBS Real Estate Securities Inc.*

TO:    Silver State Financial Services, Inc. d/b/a Silver State Mortgage
          1349 Galleria Drive, Suite 200
          Henderson, Nevada 89014

          Irma L. Gloria, Esq.
          Woods Erickson Whitaker & Maurice LLP
          1349 West Galleria Drive, Suite 200
          Henderson, Nevada 89014

# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS REAL ESTATE SECURITIES INC., | Case No.: 07 Civ. 3702 (MGC) |
| | ECF Case |
| Plaintiff, | |
| | **DEFAULT JUDGMENT** |
| -against- | |
| SILVER STATE FINANCIAL SERVICES, INC. d/b/a SILVER STATE MORTGAGE, | |
| Defendant. | |

      This action having been commenced on May 10, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on defendant Silver State Financial Services, Inc. d/b/a Silver State Mortgage, on May 15, 2007, by personal service on Marika Hymer, an agent authorized to receive service for defendant, and proof of such service having been filed on May 24, 2007, and the defendant not having answered or otherwise responded to the Complaint, and the time for answering or otherwise responding to the Complaint having expired, it is

      ORDERED, ADJUDGED, AND DECREED:  That the plaintiff UBS Real Estate Securities Inc. have judgment against defendant Silver State Financial Services, Inc. d/b/a Silver State Mortgage in the liquidated amount of $2,917,317 with interest at $719.34 per diem from October 19, 2007 through _____ __, 2007 amounting to $_____, and attorneys' fees and costs in the amount of $15,507.39, amounting in all to $_____, and it is further

2

       ORDERED that within thirty (30) days following payment in full of the amount awarded by this Default Judgment, UBS shall return to Silver State the Mortgage Loans listed in the Complaint.

Dated: New York, New York
       _____, 2007

                                                     Hon. Miriam Goldman Cedarbaum, U.S.D.J.