# **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                      ) ss.:
COUNTY OF NEW YORK  )

VICTOR PRATTS, being duly sworn, says:

1. I am over the age of 18 years and am not a party to this action. My business address is Miller & Wrubel P.C., 250 Park Avenue, New York, New York 10177.

2. On October 25, 2007, I served by first class mail true and correct copies of plaintiff's Notice of Motion for Default Judgment, Declaration of Brian Bowes in Support of Plaintiff UBS Real Estate Securities Inc.'s Application for Judgment by Default, and Declaration of Joel M. Miller in Support of Motion for Default Judgment on:

> Silver State Financial Services, Inc. d/b/a Silver State Mortgage
> 1349 Galleria Drive, Suite 200
> Henderson, Nevada 89014
>
> Irma L. Gloria, Esq.
> Woods Erickson Whitaker & Maurice LLP
> 1349 West Galleria Drive, Suite 200
> Henderson, Nevada 89014

by depositing true copies of same properly wrapped in an envelope, in a receptacle maintained for that purpose by the United States Postal Service at 350 Lexington Avenue, New York, New York.

_____
VICTOR PRATTS

Sworn to before me this
7th day of November 2007

_____
Notary Public

JEREMY M. SHER
Notary Public - State of New York
No. 02SH6138838
Qualified in New York County
My Comm. Expires Dec. 27, 2009