## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

        MATTHEW LYDEN, being duly sworn, says:

    1.    I am over the age of 18 years and am not a party to this action. My business address is Miller & Wrubel P.C., 250 Park Avenue, New York, New York 10177.

    2.    On November 27, 2007, I served by first class mail true and correct copies of plaintiff's Notice of Motion for Default Judgment, Declaration of Brian Bowes in Support of Plaintiff UBS Real Estate Securities Inc.'s Application for Judgment by Default, and Declaration of Joel M. Miller in Support of Motion for Default Judgment on:

> Silver State Financial Services, Inc. d/b/a Silver State Mortgage
> 1349 Galleria Drive, Suite 200
> Henderson, Nevada 89014
>
> Irma L. Gloria, Esq.
> Woods Erickson Whitaker & Maurice LLP
> 1349 West Galleria Drive, Suite 200
> Henderson, Nevada 89014

by depositing true copies of same properly wrapped in an envelope, in a receptacle maintained for that purpose by the United States Postal Service at 350 Lexington Avenue, New York, New York.

                                                                                MATTHEW LYDEN

Sworn to before me this
27th day of November 2007

_____
    Notary Public

Case No. 07 Civ. 3702 (MGC)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UBS REAL ESTATE SECURITIES INC.,

    Plaintiff,

-against-

SILVER STATE FINANCIAL SERVICES, INC. d/b/a SILVER STATE MORTGAGE,

    Defendant.

## AFFIDAVIT OF SERVICE

MILLER & WRUBEL P. C.
250 PARK AVENUE
NEW YORK, NEW YORK 10177-0699
(212) 336-3500

*Attorneys for*
Plaintiff