# EXHIBIT A

Joel M. Miller (JM-2018)
Charles R. Jacob III (CJ-4143)
Jeremy M. Sher (JS-1422)
250 Park Avenue
New York, New York 10177
(212) 336-3500

*Attorneys for Plaintiff*
*UBS Real Estate Securities Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

UBS REAL ESTATE SECURITIES INC.,

                       Plaintiff,

    -against-

SILVER STATE FINANCIAL SERVICES,
INC. d/b/a SILVER STATE MORTGAGE,

                    Defendant.

Case No.:

**COMPLAINT**

---

Plaintiff UBS Real Estate Securities Inc. ("UBS"), by its attorneys Miller & Wrubel P.C., as and for its Complaint against defendant alleges as follows:

### ALLEGATIONS COMMON TO
### ALL CAUSES OF ACTION

#### The Parties

1.     UBS is a corporation organized under the laws of the State of Delaware with its principal place of business at 1285 Avenue of the Americas, New York, New York 10019. UBS is engaged in the business of, inter alia, purchasing, trading and securitizing mortgages.

2.     On information and belief, defendant Silver State Financial Services, Inc. d/b/a Silver State Mortgage ("Silver State") is a corporation organized

under the laws of the State of Nevada with its principal place of business at 1349 Galleria

Drive, Suite 200, Henderson, Nevada 89014.  On further information and belief, Silver

State is engaged in the business of, inter alia, originating and selling mortgages.

## Jurisdiction

3.      UBS brings this action under the Court's diversity jurisdiction

pursuant to 28 U.S.C. § 1332.  The amount in controversy in this action exceeds $75,000,

exclusive of interest and costs, and the action is brought between citizens of different

states.  UBS is a citizen of Delaware and New York, and Silver State is a citizen of

Nevada.

4.      Silver State is subject to personal jurisdiction in this Court

because, as more fully set forth below, it transacted business in the State of New York

and contracted to supply goods and services in the State of New York, and this action

arises out of Silver State's business transactions and contracts to supply goods and

services in the State of New York.

## Venue

5.      This action is properly brought in the Southern District of New

York pursuant to 28 U.S.C. § 1391(a) and (c).  Jurisdiction in this action is founded on

diversity of citizenship and Silver State is a corporation subject to personal jurisdiction in

this District.

2

**Silver State's Breach of**
**the Purchase Agreement**

**A.**   **The Purchase Agreement**

6.    UBS and Silver State entered into a Seller's Purchase, Warranties and Interim Servicing Agreement dated as of May 1, 2005, as amended and supplemented from time to time (collectively the "Purchase Agreement").

7.    In the Purchase Agreement, Silver State contracted to sell to UBS certain first and second lien residential Mortgage Loans (as defined in the Purchase Agreement), subject to the terms and conditions in the Purchase Agreement.

8.    Pursuant to § 3.05 of the Purchase Agreement, entitled "Repurchase of Mortgage Loans With Early Payment Default," Silver State agreed to repurchase Mortgage Loans from UBS in the event of certain delinquencies (as set forth below), or, at UBS' option, indemnify UBS as to any Early Payment Default Loans not repurchased.  Section 3.05 of the Purchase Agreement provides as follows:

> If the first, second or third scheduled Monthly Payment due to the Purchaser [UBS] or due following the Closing Date [as defined] becomes one (1) or more scheduled Monthly Payments delinquent, then the Company [Silver State], at the Purchaser's option, shall (a) promptly repurchase the related Mortgage Loan (and the Servicing Rights thereto) from the Purchaser in accordance with the procedures set forth in Section 3.03 hereof, however, any such repurchase shall be made at the Repurchase Price [as defined], (b) indemnify the Purchaser in accordance with Section 5.01 hereof, or (c) substitute a mortgage loan acceptable to the Purchaser in accordance with Section 3.03 hereof.

9.    Thus, the Purchase Agreement expressly and unambiguously gave UBS the right to cause Silver State to repurchase, and imposed on Silver State an

obligation to repurchase, at the Repurchase Price, any Early Payment Default Loans as to which UBS requested repurchase.

10.    The Mortgage Loans listed on Exhibit A hereto are all Early Payment Default Loans as defined in the Purchase Agreement.

11.    On several occasions, commencing as early as October 2006, and continuing through April 2007, UBS gave Silver State written notice of such Early Payment Default Loans and exercised UBS' option to require Silver State to repurchase such Early Payment Default Loans, all in accordance with the terms of the Purchase Agreement.

12.    UBS stood ready, willing and able, at all relevant times, to reconvey the Mortgage Loans on Exhibit A to Silver State.

13.    UBS has fully performed all its obligations under and relating to the Purchase Agreement.

14.    Silver State did not repurchase the Early Payment Default Loans listed on Exhibit A hereto as requested by UBS.  Therefore, Silver State is in breach of its obligations under the Purchase Agreement.

### AS AND FOR A FIRST CAUSE OF ACTION
**(Breach of Contract – Damages for Failure
to Repurchase Early Payment Default Loans)**

15.    UBS repeats and realleges the allegations of paragraphs 1 - 14, above, as if fully set forth herein.

16.    UBS is entitled, by means of an award of damages, to be put in the same position economically that they would have been in had Silver State performed its repurchase obligations under § 3.05 of the Purchase Agreement.

17.    The aggregate Repurchase Price due and owing to UBS for the Early Payment Default Loans, as of April 5, 2007, was $13,961,440.01, no part of which has been paid despite due demand therefor.

18.    The Court should enter a money judgment in favor of UBS and against Silver State in the amount of $13,961,440.01, plus interest at the statutory rate of 9% from the date(s) of breach until the date of judgment.

### AS AND FOR A SECOND CAUSE OF ACTION
#### (Breach of Contract – Declaration as to Mitigation of Losses)

19.    UBS repeats and realleges the allegations of paragraphs 1 - 18, above, as if fully set forth herein.

20.    UBS, as the non-breaching party, should not be put in a worse position with respect to loss mitigation than if Silver State had not breached the terms of the Purchase Agreement by its failure to repurchase.

21.    Pursuant to pre-existing contractual arrangements with UBS, loss mitigation with respect to the Early Payment Default Loans is conducted by the Servicers, which service the Mortgage Loans in the ordinary course of business.  UBS usually does not have a direct role in loss mitigation, as loss mitigation is contractually the responsibility of the Servicers.

22.    The Servicers dispose of the properties underlying defaulted Mortgage Loans by means of foreclosures and/or sales conducted within certain guidelines that the Servicers maintain (the "Servicer Guidelines").

23.    In addition, a secondary market known as the "scratch-and-dent" market exists, in which defaulted Mortgage Loans can be sold.

24.     On information and belief, a controversy exists and is ripe for adjudication as to UBS' mitigation of losses because Silver State is disputing or will dispute whether UBS has mitigated its losses properly.

25.     UBS is entitled to a declaration that Silver State has no defense relating to mitigation of damages so long as Early Payment Default Loans are (a) foreclosed on or sold by the Servicers according to the Servicer Guidelines or (b) sold by UBS in an arms-length transaction in the scratch-and-dent market.

## AS AND FOR A THIRD CAUSE OF ACTION
### (Indemnification for Losses and Attorneys' Fees)

26.     UBS repeats and realleges the allegations of paragraphs 1 – 25, above, as if fully set forth herein.

27.     On information and belief, the Mortgage Loans listed on Exhibit A hereto are in breach of certain representations and warranties set forth in §§ 3.01 and 3.02 of the Purchase Agreement.

28.     Pursuant to §§ 3.03 and 5.01 of the Purchase Agreement, UBS is entitled to indemnification for its reasonable and necessary attorneys' fees and related costs and expenses arising from Silver State's breach of its contractual obligations as set forth herein.

WHEREFORE, UBS demands judgment in its favor and against Silver State as follows:

(i)     on its First Cause of Action, awarding UBS as against Silver State the sum of $13,961,440.01, plus interest at the statutory rate of 9% from the date(s) of breach until the date of judgment;

6

(ii)    on its Second Cause of Action, declaring that Silver State has no defense relating to mitigation of damages so long as Early Payment Default Loans are (a) foreclosed on or sold by the Servicers according to the Servicer Guidelines or (b) sold by UBS in an arms-length transaction in the scratch-and-dent market;

(iii)    on its Third Cause of Action, awarding UBS as against Silver State the amount of UBS' attorneys' fees and related costs and expenses arising from Silver State's breach of its contractual obligations as set forth herein; and

(iv)    granting such other and further relief as this Court may deem just and proper in the circumstances.

Dated:  May 10, 2007

MILLER & WRUBEL P.C.

By: _____
Joel M. Miller (JS-2018)
Charles R. Jacob III (CJ-4143)
Jeremy M. Sher (JS-1422)
250 Park Avenue
New York, New York 10177
(212) 336-3500

Attorneys for Plaintiff
UBS Real Estate Securities Inc.

# EXHIBIT A

| BORROWER NAME | UBS LOAN ID |
|---|---|
| SATERSMOEN ,ERIC | 334688962 |
| ROBLES ,SERGIO | 334688947 |
| ROMO ,CLARK | 334375427 |
| CRUCILLO ,ROSE | 334375448 |
| AKINTONDE ,BARBARA | 334375391 |
| SQUILLANTE ,VINCENT | 334375492 |
| WILLIAMS ,CANDICE | 334375436 |
| HERNANDEZ ,ALEJANDRO | 334375405 |
| HER, HOUA | 334375467 |
| JONES ,WALTER | 334375470 |
| BALDENEGRO ,GABRIEL | 334375397 |
| ROJAS ,CATHY | 334375425 |
| DAVENPORT II., WILLIAM D. | 334870570 |
| AHAMMAD ,MOHAMMAD | 335045187 |
| THAO ,MEE | 334688982 |
| WASHINGTON ,ROSITA | 334689007 |
| COOK ,SCOTT | 334688778 |
| ROSENDAHL ,KAREE | 334688952 |
| MONTES ,TANYA | 334688893 |
| HARRELL ,SEAN | 334688831 |
| GATES ,JASON | 334688820 |
| GARIBAY ,VICENTE | 334688819 |
| FRANCISCO ,MEL | 334688811 |
| FERGUSON ,STANLEY | 334688807 |
| CALDWELL ,KENNETH | 334688751 |
| BEAL ,RICK | 334688770 |
| SHOPES, KATHY B. | 777018339 |
| BAUTISTA, ALEXANDER | 334620743 |
| ZAMORA, CANDIDO | 333773352 |
| LUU ,HARRY | 334375417 |
| AZIZ ,NADIA | 334375395 |
| LOPEZ ,JOSE | 334375416 |
| BRUNKEN ,DARRELL | 334375399 |
| HUNNICUTT ,WILLIAM | 334375410 |

# EXHIBIT B

 **Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UBS REAL ESTATE SECURITIES INC.,

                    Plaintiff,                              Case No. 07 CV 3702
                                                           (Judge Cedarbaum)

          -against-                                        AFFIDAVIT OF SERVICE

SILVER STATE FINANCIAL SERVICES, INC. d/b/a
SILVER STATE MORTGAGE,

                    Defendant.
--------------------------------------------------------X

STATE OF NEVADA          )
                         S.S.:
COUNTY OF CLARK          )

_Jay L Stone_ , being duly sworn, deposes and says that he/she is over the

age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 15th day of May, 2007, at approximately the time of _3 pm_ , deponent

served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; RULE 7.1 STATEMENT;

INDIVIDUAL PRACTICES OF JUDGE MIRIUM GODMAN CEDARBAUM; INDIVIDUAL RULES

OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX; AND ECF GUIDELINES upon SILVER

STATE FINANCIAL SERVICES, INC. d/b/a SILVER STATE MORTGAGE c/o R. Glen Woods at

1349 Galleria Drive, Suite 200, Henderson, NV, by personally delivering and leaving the same with

_MARIKA HYMER_

who informed deponent that _she_ holds the position of _Paralegal_ with that company and is

authorized by appointment to receive service at that address.

_Marika Hymer_ is a _White Female_ , approximately _28/30_ years of age,

stands approximately _5_ feet _7_ inches tall, weighs approximately _130_ pounds with _Brown_ hair.

_____
PROCESS SERVER

Sworn to before me this
_23rd_ day of May, 2007

_____
NOTARY PUBLIC


NOTARY PUBLIC
STATE OF NEVADA
County of Clark
TIMOTHY DILLARD
No: 99-37559-1
My Appointment Expires Aug. 29, 2007

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS REAL ESTATE SECURITIES INC., | Case No.:  07 Civ. 3702 (MGC) |
| | ECF Case |
| Plaintiff, | **CLERK'S CERTIFICATE** |
| -against- | |
| SILVER STATE FINANCIAL SERVICES, INC. d/b/a SILVER STATE MORTGAGE, | |
| Defendant. | |

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on May 10, 2007 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant on May 15, 2007 by personal service on Marika Hymer, an agent authorized to receive service for defendant, and proof of such service thereof was filed on May 24, 2007.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein.  The default of the defendant is hereby noted.

Dated: New York, New York
       July 10, 2007

**J. MICHAEL MCMAHON**
Clerk of the Court

By: _____
Deputy Clerk

# EXHIBIT D

MILLER & WRUBEL P.C.

ATTORNEYS

250 PARK AVENUE

NEW YORK, NEW YORK 10177-0699

(212) 336-3500

WRITER'S DIRECT NUMBER
(212) 336-3510
E-mail
jsher@mw-law.com

FACSIMILE
(212) 336-3555

June 13, 2007

*BY FIRST CLASS MAIL*

Irma L. Gloria, Esq.
Woods Erickson Whitaker & Maurice LLP
1349 West Galleria Drive, Suite 200
Henderson, NV 89014

Re:    *UBS Real Estate Securities Inc. v. Silver State
       Services, Inc. d/b/a Silver State Mortgage
       S.D.N.Y. 07 CV 3702 (MGC)*

Dear Irma:

Enclosed please find Judge Cedarbaum's Notice of Case Management and Scheduling Conference, which I forward to you and your client pursuant to Judge Cedarbaum's instructions.

Yours very truly,

Jeremy M. Sher

Encl.

cc:    Silver State Financial Services, Inc., c/o R. Glen Woods (encl.)
       Hon. Miriam G. Cedarbaum (encl.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

UBS Real Estate Securities Inc.,                    NOTICE OF CASE MANAGEMENT
                                                    AND SCHEDULING CONFERENCE

                        Plaintiff(s),

                                                    07 Civ. 3701(MGC)

            - against -

Silver State Services, Inc.,
                        Defendant(s),

- - - - - - - - - - - - - - - - - - -X

     Judge Cedarbaum has directed that counsel for all parties

shall attend a Case Management and Scheduling Conference pursuant

to Fed.R.Civ.P. 16 and 26(f) at the date, time, and place fixed

below.  Parties without counsel are required to attend.


     Thursday, October 11,2007 at 10:00 a.m. at the United States

Courthouse, 500 Pearl Street, New York, New York in Courtroom 14A.


     Immediately upon receiving this notice, counsel for

plaintiff shall send a copy of this notice to all parties and

their counsel, with a dated copy to Judge Cedarbaum.

DATED:  New York, New York
        June 7, 2007

                                    MICHAEL P. RUOCCO
                                    Courtroom Deputy to
                                    Judge Cedarbaum

# EXHIBIT E

MILLER & WRUBEL P.C.
ATTORNEYS
250 PARK AVENUE
NEW YORK, NEW YORK 10177-0699
(212) 336-3500

FACSIMILE
(212) 336-3555

UBS Real Estate Securities Inc.
Attn:  Accounts Payable
PO Box 120312
Stamford  CT  06912-0312

Attn: Chad Eisenberger, Esq

Page: 1
03/05/2007
Account No:    2630-1001
Statement No:    19891

Silver State Financial Services Inc.

### Fees

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 02/23/2007 | | | | | | | |
| | JMM | L110 | A104 | Review documents provided by client | 650.00 | 0.30 | 195.00 |
| | JMS | L110 | A102 | Research Silver State corporate information | 300.00 | 0.30 | 90.00 |
| 02/25/2007 | | | | | | | |
| | JMM | L110 | A104 | Continue review of agreement | 650.00 | 0.30 | 195.00 |
| 02/26/2007 | | | | | | | |
| | JMS | L210 | A103 | Draft/Revise complaint | 300.00 | 1.80 | 540.00 |
| 02/27/2007 | | | | | | | |
| | AH | L140 | A110 | Created new matter file | 155.00 | 0.30 | 46.50 |
| | JMS | L210 | A103 | Draft/Revise complaint | 300.00 | 0.20 | 60.00 |
| | | | | For Professional Services | | 3.20 | 1,126.50 |

### Hours By Timekeeper

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Miller, Joel M. | 0.60 | $650.00 | $390.00 |
| Sher, Jeremy M. | 2.30 | 300.00 | 690.00 |
| Hamilton, Ashley | 0.30 | 155.00 | 46.50 |

Balance Due                                        $1,126.50

UBS Real Estate Securities Inc.

Page: 2
03/05/2007

Account No:    2630-1001
Statement No:    19891

Silver State Financial Services Inc.

## Task Code Hours By Timekeeper

|  |  | Fees | Expenses |
|---|---|---|---|
| L110 | Fact Investigation/Development | 480.00 | 0.00 |
| L140 | Document/File Management | 46.50 | 0.00 |
| L100 | Case Assessment, Development and Administration | 526.50 | 0.00 |
|  |  |  |  |
| L210 | Pleadings | 600.00 | 0.00 |
| L200 | Pre-Trial Pleadings and Motions | 600.00 | 0.00 |

### MILLER & WRUBEL P. C.

#### ATTORNEYS
250 PARK AVENUE
NEW YORK, NEW YORK 10177-0699
(212) 336-3500

FACSIMILE
(212) 336-3555

UBS Real Estate Securities Inc.
Attn: Accounts Payable
PO Box 120312
Stamford  CT  06912-0312

Page: 1
04/09/2007
Account No:     2630-1001
Statement No:     19970

Attn: Chad Eisenberger, Esq

Silver State Financial Services Inc.

#### Fees

| Date | TK | | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 03/01/2007 | | | | | | | |
| | JMS | L110 | A104 | Review/analyze February 28, 2007 repurchase demand | 300.00 | 0.10 | 30.00 |
| | JMM | L110 | A106 | Review letter to Silver State and e-mail to Scolaro re **REDACTED** | 650.00 | 0.30 | 195.00 |
| 03/08/2007 | | | | | | | |
| | JMS | L210 | A103 | Draft/Revise complaint | 300.00 | 0.30 | 90.00 |
| 03/15/2007 | | | | | | | |
| | JMM | L110 | A106 | t/f Eisenberger re **REDACTED** e-mail to Eisenberger | 650.00 | 0.50 | 325.00 |
| | JMM | L110 | A105 | Conf CRJ, JMS re documents needed from client | 650.00 | 0.30 | 195.00 |
| 03/30/2007 | | | | | | | |
| | AH | L140 | A110 | Updated client document files | 155.00 | 0.20 | 31.00 |
| | | | | For Professional Services | | 1.70 | 866.00 |

#### Hours By Timekeeper

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Miller, Joel M. | 1.10 | $650.00 | $715.00 |
| Sher, Jeremy M. | 0.40 | 300.00 | 120.00 |
| Hamilton, Ashley | 0.20 | 155.00 | 31.00 |

UBS Real Estate Securities Inc.

|  |  | Page: 2 |
|---|---|---|
|  |  | 04/09/2007 |
|  | Account No: | 2630-1001 |
|  | Statement No: | 19970 |

Silver State Financial Services Inc.

| Balance Due | $866.00 |
|---|---|

### Task Code Hours By Timekeeper

|  |  | Fees | Expenses |
|---|---|---|---|
| L110 | Fact Investigation/Development | 745.00 | 0.00 |
| L140 | Document/File Management | 31.00 | 0.00 |
| L100 | Case Assessment, Development and Administration | 776.00 | 0.00 |
| L210 | Pleadings | 90.00 | 0.00 |
| L200 | Pre-Trial Pleadings and Motions | 90.00 | 0.00 |

### MILLER & WRUBEL P.C.

**ATTORNEYS**

250 PARK AVENUE

NEW YORK, NEW YORK 10177-0699

(212) 336-3500

FACSIMILE
(212) 336-3555

UBS Real Estate Securities Inc.
Attn:  Accounts Payable
PO Box 120312
Stamford  CT  06912-0312

Attn: Chad Eisenberger, Esq

|  |  |
|---|---|
| Page: | 1 |
| | 05/04/2007 |
| Account No: | 2630-1001 |
| Statement No: | 20008 |

---

Silver State Financial Services Inc.

#### Fees

| Date | TK | | | Description | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 04/02/2007 | | | | | | | |
| | AH | L140 | A110 | Updated client documents folder | 155.00 | 0.10 | 15.50 |
| 04/09/2007 | | | | | | | |
| | JMS | L210 | A103 | Draft/Revise complaint; discuss with C. Jacob | 300.00 | 1.30 | 390.00 |
| | CRJ | L210 | A103 | Review and revise complaint | 525.00 | 0.50 | 262.50 |
| 04/10/2007 | | | | | | | |
| | JMS | L210 | A103 | Draft/Revise complaint | 300.00 | 0.10 | 30.00 |
| | JMM | L210 | A103 | Review/revise complaint and review e-mail to client | 650.00 | 0.30 | 195.00 |
| 04/17/2007 | | | | **REDACTED** | | | |
| | JMS | L110 | A104 | Review/analyze discuss with J. Miller and C. Scolaro | 300.00 | 0.30 | 90.00 |
| 04/27/2007 | | | | | | | |
| | JMS | L210 | A103 | Draft/Revise complaint | 300.00 | 0.30 | 90.00 |
| | | | | For Professional Services | | 2.90 | 1,073.00 |

#### Hours By Timekeeper

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Miller, Joel M. | 0.30 | $650.00 | $195.00 |
| Jacob III, Charles R. | 0.50 | 525.00 | 262.50 |
| Sher, Jeremy M. | 2.00 | 300.00 | 600.00 |
| Hamilton, Ashley | 0.10 | 155.00 | 15.50 |

UBS Real Estate Securities Inc.

|  |  | Page: 2 |
|---|---|---|
|  |  | 05/04/2007 |
|  | Account No: | 2630-1001 |
|  | Statement No: | 20008 |

Silver State Financial Services Inc.

Balance Due         $1,073.00

## Task Code Hours By Timekeeper

|  |  | Fees | Expenses |
|---|---|---|---|
| L110 | Fact Investigation/Development | 90.00 | 0.00 |
| L140 | Document/File Management | 15.50 | 0.00 |
| L100 | Case Assessment, Development and Administration | 105.50 | 0.00 |
| L210 | Pleadings | 967.50 | 0.00 |
| L200 | Pre-Trial Pleadings and Motions | 967.50 | 0.00 |

# MILLER & WRUBEL P.C.

## ATTORNEYS
### 250 PARK AVENUE
### NEW YORK, NEW YORK 10177-0699
### (212) 336-3500

FACSIMILE
(212) 336-3555

|  |  |
|---|---|
| UBS Real Estate Securities Inc.<br>Attn:  Accounts Payable<br>PO Box 120312<br>Stamford  CT  06912-0312 | Page: 1<br>06/08/2007 |
|  | Account No:      2630-1001<br>Statement No:          20089 |

Attn: Chad Eisenberger, Esq

---

Silver State Financial Services Inc.

### Fees

| Date | Init | | | Description | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 05/09/2007 | | | | | | | |
| | JMS | L210 | A103 | Draft/Revise summons and complaint | 300.00 | 1.70 | 510.00 |
| | JMM | L210 | A104 | Review and finalize complaint; attention to filing questions | 650.00 | 0.20 | 130.00 |
| 05/10/2007 | | | | | | | |
| | JMS | L210 | A103 | Draft/Revise summons and complaint and prepare for filing and service | 300.00 | 2.20 | 660.00 |
| | LP | L210 | A111 | Court trip to file complaint in SDNY | 155.00 | 0.60 | 93.00 |
| 05/11/2007 | | | | | | | |
| | JMS | L110 | A104 | Review/analyze Silver State corporate information | 300.00 | 0.20 | 60.00 |
| | LP | L140 | A110 | Manage data/files - scan court papers from 5/10 into docket sheet; update court papers file | 155.00 | 0.30 | 46.50 |
| | MK | L140 | A110 | Manage data/files - enter court papers into M&W docket sheet | 155.00 | 0.20 | 31.00 |
| 05/15/2007 | | | | | | | |
| | LP | L140 | A110 | Manage data/files - update court papers file w/ docs from 5/10 | 155.00 | 0.20 | 31.00 |
| | MK | L140 | A110 | Manage data/files - entering court papers into M&W docket sheet | 155.00 | 0.10 | 15.50 |

UBS Real Estate Securities Inc.

Silver State Financial Services Inc.

Page: 2
06/08/2007
Account No:    2630-1001
Statement No:    20089

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| **05/21/2007** | | | | | | |
| JMS | L110 | A105 | Communicate (in firm) with J. Miller and C. Jacob regarding Silver State's current status | 300.00 | 0.20 | 60.00 |
| JMM | L110 | A106 | E-mails w/Eisenberger re | | | |
| | | | **REDACTED** | 650.00 | 0.90 | 585.00 |
| **05/23/2007** | | | | | | |
| JMS | L110 | A108 | Communicate (other external) with process server regarding service of defendant | 300.00 | 0.10 | 30.00 |
| **05/24/2007** | | | | | | |
| JMS | L210 | A104 | Review/analyze and file affidavit of service | 300.00 | 0.60 | 180.00 |
| **05/25/2007** | | | | | | |
| LP | L140 | A110 | Manage data/files - trip to SDNY to file proof of service | 155.00 | 0.50 | 77.50 |
| **05/31/2007** | | | | | | |
| JMS | L210 | A108 | Communicate (other external) with defendant's counsel regarding extension of time to respond to complaint | 300.00 | 0.20 | 60.00 |
| MK | L140 | A110 | Manage data/files - enter court papers into M&W docket sheet | 155.00 | 0.10 | 15.50 |
| JMM | L190 | A107 | t/f Gloria requesting adjournment of time to respond to complaint | 650.00 | 0.40 | 260.00 |
| JMM | L190 | A106 | E-mail to client re | | | |
| | | | **REDACTED** | 650.00 | 0.30 | 195.00 |
| | | | For Professional Services | | 9.00 | 3,040.00 |

### Hours By Timekeeper

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Miller, Joel M. | 1.80 | $650.00 | $1,170.00 |
| Sher, Jeremy M. | 5.20 | 300.00 | 1,560.00 |
| Piechocki, Lauren | 1.60 | 155.00 | 248.00 |
| Keaveney, Megan | 0.40 | 155.00 | 62.00 |

UBS Real Estate Securities Inc.

|  | Page: 3 |
|---|---|
|  | 06/08/2007 |
| Account No: | 2630-1001 |
| Statement No: | 20089 |

Silver State Financial Services Inc.

### Expenses

| | | | | |
|---|---|---|---|--:|
| 05/09/2007 | L210 | E112 | Court fees - New Action filing fee | 350.00 |
| 05/31/2007 | L110 | E101 | Copying | 10.90 |
| | | | For Expenses | 360.90 |

| | |
|---|--:|
| Balance Due | $3,400.90 |

### Task Code Hours By Timekeeper

| | | Fees | Expenses |
|---|---|--:|--:|
| L110 | Fact Investigation/Development | 735.00 | 10.90 |
| L140 | Document/File Management | 217.00 | 0.00 |
| L190 | Other Case Assessment, Development and Administration | 455.00 | 0.00 |
| L100 | Case Assessment, Development and Administration | 1,407.00 | 10.90 |
| | | | |
| L210 | Pleadings | 1633.00 | 350.00 |
| L200 | Pre-Trial Pleadings and Motions | 1,633.00 | 350.00 |

MILLER & WRUBEL P. C.

ATTORNEYS

250 PARK AVENUE

NEW YORK, NEW YORK 10177-0699

(212) 336-3500

FACSIMILE
(212) 336-3555

UBS Real Estate Securities Inc.
Attn: Accounts Payable
PO Box 120312
Stamford CT 06912-0312

Attn: Chad Eisenberger, Esq

|  |  |
|---|---|
| | Page: 1 |
| | 07/17/2007 |
| Account No: | 2630-1001 |
| Statement No: | 20173 |

Silver State Financial Services Inc.

## Fees

| Date / Initials | | | Description | Rate | Hours | |
|---|---|---|---|---|---|---|
| **06/01/2007** | | | | | | |
| JMM | L190 | A108 | Letter to/from Gloria re agreement not to seek default judgment | 650.00 | 0.40 | 260.00 |
| **06/13/2007** | | | | | | |
| JMS | L230 | A104 | Review/analyze notice of scheduling conference; send to defendant and counsel | 300.00 | 0.70 | 210.00 |
| **06/14/2007** | | | | | | |
| JMS | L200 | A104 | Review/analyze Silver State motion for enlargement of time to answer | 300.00 | 0.20 | 60.00 |
| LP | L140 | A110 | Manage data/files - update court papers file | 155.00 | 0.10 | 15.50 |
| LP | L140 | A110 | Manage data/files - update correspondence file | 155.00 | 0.10 | 15.50 |
| **06/15/2007** | | | | | | |
| LP | L140 | A110 | Manage data/files - Enter court papers into docket sheet | 155.00 | 0.20 | 31.00 |
| **06/18/2007** | | | | | | |
| LP | L140 | A110 | Manage data/files - Scan court papers into docket sheet; update court papers file | 155.00 | 0.40 | 62.00 |
| **06/20/2007** | | | | | | |
| JMS | L120 | A105 | Communicate (in firm) with J. Miller regarding defendant's default | 300.00 | 0.10 | 30.00 |

UBS Real Estate Securities Inc.

Silver State Financial Services Inc.

Page: 2
07/17/2007
Account No:     2630-1001
Statement No:      20173

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| JMM | L190 | A105 | Conf JMS re default | 650.00 | 0.20 | 130.00 |

**06/21/2007**

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| JMS | L240 | A102 | Research law of default judgments; discuss with J. Miller, C. Jacob, and H. Kang | 300.00 | 2.30 | 690.00 |
| JMS | L230 | A105 | Communicate (in firm) with J. Miller regarding telephone conference with Judge Cedarbaum and Silver State default | 300.00 | 0.60 | 180.00 |
| JMM | L230 | A108 | t/cs from Judge Cedarbaum's chambers and t/c w/counsel for Silver State re response to complaint | 650.00 | 0.60 | 390.00 |

**06/22/2007**

| | | | | | | |
|---|---|---|---|---|---|---|
| JMS | L120 | A105 | Communicate (in firm) with J. Miller and C. Jacob regarding Silver State's business status; update UBS | 300.00 | 0.20 | 60.00 |

**06/25/2007**

| | | | | | | |
|---|---|---|---|---|---|---|
| LP | L140 | A110 | Manage data/files - update correspondence file | 155.00 | 0.10 | 15.50 |
| CRJ | L110 | A106 | t/c client re **REDACTED** | 525.00 | 0.30 | 157.50 |
| | | | For Professional Services | | 6.50 | 2,307.00 |

### Hours By Timekeeper

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Miller, Joel M. | 1.20 | $650.00 | $780.00 |
| Jacob III, Charles R. | 0.30 | 525.00 | 157.50 |
| Sher, Jeremy M. | 4.10 | 300.00 | 1,230.00 |
| Piechocki, Lauren | 0.90 | 155.00 | 139.50 |

### Expenses

| | | | | | |
|---|---|---|---|---|---|
| 06/30/2007 | L140 | E108 | Postage | | 2.74 |
| | | | For Expenses | | 2.74 |

| | | |
|---|---|---|
| Balance Due | | $2,309.74 |

UBS Real Estate Securities Inc.

|  |  |
|---|---|
| Page: | 3 |
|  | 07/17/2007 |
| Account No: | 2630-1001 |
| Statement No: | 20173 |

Silver State Financial Services Inc.

<u>Task Code Hours By Timekeeper</u>

|  |  | Fees | Expenses |
|---|---|---|---|
| L110 | Fact Investigation/Development | 157.50 | 0.00 |
| L120 | Analysis/Strategy | 90.00 | 0.00 |
| L140 | Document/File Management | 139.50 | 2.74 |
| L190 | Other Case Assessment, Development and Administration | 390.00 | 0.00 |
| L100 | Case Assessment, Development and Administration | 777.00 | 2.74 |
|  |  |  |  |
| L200 | Pre-Trial Pleadings and Motions | 60.00 | 0.00 |
| L230 | Court Mandated Conferences | 780.00 | 0.00 |
| L240 | Dispositive Motions | 690.00 | 0.00 |
| L200 | Pre-Trial Pleadings and Motions | 1,530.00 | 0.00 |

# MILLER & WRUBEL P.C.

### ATTORNEYS
### 250 PARK AVENUE
### NEW YORK, NEW YORK 10177-0699
### (212) 336-3500

FACSIMILE
(212) 336-3555

|  |  |
|---|---|
| UBS Real Estate Securities Inc. | Page: 1 |
| Attn:  Accounts Payable | 08/03/2007 |
| PO Box 120312 | Account No:  2630-1001 |
| Stamford  CT  06912-0312 | Statement No:  20228 |

Attn: Chad Eisenberger, Esq

---

Silver State Financial Services Inc.

### Fees

| Date | Atty | | | Description | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 07/03/2007 | | | | | | | |
| | JMS | L120 | A105 | Communicate (in firm) with J. Miller and C. Jacob regarding defendant's potential default | 300.00 | 0.10 | 30.00 |
| | JMM | L100 | A105 | Conf JMS re lack of appearance by defendant | 650.00 | 0.30 | 195.00 |
| 07/06/2007 | | | | | | | |
| | JMS | L190 | A108 | Communicate (other external) with Judge Cedarbaum's chambers regarding case status; update J. Miller and C. Jacob | 300.00 | 0.20 | 60.00 |
| 07/09/2007 | | | | | | | |
| | JMS | L250 | A103 | Draft/Revise letter to Judge Cedarbaum regarding defendant's default | 300.00 | 1.00 | 300.00 |
| 07/10/2007 | | | | | | | |
| | JMS | L250 | A103 | Draft/Revise letter to Judge Cedarbaum regarding default judgment; discuss with J. Miller and C. Jacob; draft certificate of default and supporting affidavit | 300.00 | 1.20 | 360.00 |
| | LP | L140 | A110 | Manage data/files - update correspondence file | 155.00 | 0.10 | 15.50 |
| | SJ | L100 | A111 | Other. court trip | 155.00 | 1.30 | 201.50 |
| | JMM | L190 | A104 | Review letter to court and conf JMS re revisions | 650.00 | 0.40 | 260.00 |

UBS Real Estate Securities Inc.

Page: 2<br>
08/03/2007<br>
Account No:   2630-1001<br>
Statement No:   20228

Silver State Financial Services Inc.

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| CRJ | L110 | A104 | Review and revise letter to court re default | 525.00 | 0.30 | 157.50 |
| **07/11/2007** | | | | | | |
| LP | L140 | A110 | Manage data/files - update correspondence file | 155.00 | 0.10 | 15.50 |
| **07/24/2007** | | | | | | |
| JMS | L120 | A105 | Communicate (in firm) with J. Miller regarding defendant's default | 300.00 | 0.10 | 30.00 |
| **07/25/2007** | | | | | | |
| JMS | L120 | A105 | Communicate (in firm) with J. Miller regarding case status | 300.00 | 0.10 | 30.00 |
| **07/30/2007** | | | | | | |
| JMS | L120 | A106 | Communicate (with client) with J. Moon regarding **REDACTED** | 300.00 | 0.20 | 60.00 |
| | | | For Professional Services | | 5.40 | 1,715.00 |

### Hours By Timekeeper

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Miller, Joel M. | 0.70 | $650.00 | $455.00 |
| Jacob III, Charles R. | 0.30 | 525.00 | 157.50 |
| Sher, Jeremy M. | 2.90 | 300.00 | 870.00 |
| Piechocki, Lauren | 0.20 | 155.00 | 31.00 |
| Jimenez, Sandra | 1.30 | 155.00 | 201.50 |

| | | |
|---|---|---|
| Balance Due | | $1,715.00 |

### Task Code Hours By Timekeeper

| | | Fees | Expenses |
|---|---|---|---|
| L100 | Case Assessment, Development and Administration | 396.50 | 0.00 |
| L110 | Fact Investigation/Development | 157.50 | 0.00 |
| L120 | Analysis/Strategy | 150.00 | 0.00 |
| L140 | Document/File Management | 31.00 | 0.00 |
| L190 | Other Case Assessment, Development and Administration | 320.00 | 0.00 |
| L100 | Case Assessment, Development and Administration | 1,055.00 | 0.00 |
| L250 | Other Written Motions and Submissions | 660.00 | 0.00 |
| L200 | Pre-Trial Pleadings and Motions | 660.00 | 0.00 |

MILLER & WRUBEL P.C.

ATTORNEYS

250 PARK AVENUE

NEW YORK, NEW YORK 10177-0699

(212) 336-3500

FACSIMILE
(212) 336-3555

|  | |
|---|---|
| UBS Real Estate Securities Inc. | Page: 1 |
| Attn: Accounts Payable | 09/07/2007 |
| PO Box 120312 | Account No: 2630-1001 |
| Stamford  CT  06912-0312 | Statement No: 20284 |

Attn: Chad Eisenberger, Esq

Silver State Financial Services Inc.

<u>Fees</u>

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| **08/14/2007** | | | | | | |
| JMS | L110 | A104 | Review/analyze asset report | 300.00 | 0.10 | 30.00 |
| **08/15/2007** | | | | | | |
| JMS | L120 | A106 | Communicate (with client), J. Miller, and C. Jacob regarding **REDACTED** research default judgment rules | 300.00 | 2.30 | 690.00 |
| JMM | L210 | A104 | Review documents from client re default judgment | 650.00 | 0.30 | 195.00 |
| CRJ | L110 | A104 | Attention to Silver State default judgment matter; review client documents re same | 525.00 | 0.50 | 262.50 |
| **08/16/2007** | | | | | | |
| JMS | L110 | A106 | Communicate (with client) with C. Eisenberger regarding **REDACTED** | 300.00 | 0.10 | 30.00 |
| **08/17/2007** | | | | | | |
| SJ | L140 | A110 | Manage data/files | 155.00 | 0.10 | 15.50 |
| **08/24/2007** | | | | | | |
| JMS | L240 | A102 | Research default judgment rules; discuss with J. Miller | 300.00 | 0.20 | 60.00 |
| LP | L140 | A110 | Manage data/files - update client docs file | 155.00 | 0.10 | 15.50 |

UBS Real Estate Securities Inc.

|  | | | | | | Page: 2 |
|---|---|---|---|---|---|---|
|  | | | | | | 09/07/2007 |
|  | | | | Account No: | | 2630-1001 |
|  | | | | Statement No: | | 20284 |

Silver State Financial Services Inc.

|  | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| JMM | L120 | A106 | Prepare e-mail to Moon, et al. re **REDACTED** ; conf CRJ, JMS re same | 650.00 | 0.70 | 455.00 |
|  | | | For Professional Services | | 4.40 | 1,753.50 |

### Hours By Timekeeper

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Miller, Joel M. | 1.00 | $650.00 | $650.00 |
| Jacob III, Charles R. | 0.50 | 525.00 | 262.50 |
| Sher, Jeremy M. | 2.70 | 300.00 | 810.00 |
| Piechocki, Lauren | 0.10 | 155.00 | 15.50 |
| Jimenez, Sandra | 0.10 | 155.00 | 15.50 |

| | |
|---|---|
| Balance Due | $1,753.50 |

### Task Code Hours By Timekeeper

|  |  | Fees | Expenses |
|---|---|---|---|
| L110 | Fact Investigation/Development | 322.50 | 0.00 |
| L120 | Analysis/Strategy | 1145.00 | 0.00 |
| L140 | Document/File Management | 31.00 | 0.00 |
| L100 | Case Assessment, Development and Administration | 1,498.50 | 0.00 |
| L210 | Pleadings | 195.00 | 0.00 |
| L240 | Dispositive Motions | 60.00 | 0.00 |
| L200 | Pre-Trial Pleadings and Motions | 255.00 | 0.00 |

MILLER & WRUBEL P.C.
ATTORNEYS
250 PARK AVENUE
NEW YORK, NEW YORK 10177-0699
(212) 336-3500

FACSIMILE
(212) 336-3555

UBS Real Estate Securities Inc.
Attn: Accounts Payable
PO Box 120312
Stamford CT 06912-0312

Attn: Chad Eisenberger, Esq

Page: 1
10/09/2007
Account No:          2630-1001
Statement No:          20361

Silver State Financial Services Inc.

### Fees

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| **09/06/2007** | | | | | | |
| JMS | L120 | A105 | Communicate (in firm) with J. Miller regarding case status | 300.00 | 0.10 | 30.00 |
| **09/14/2007** | | | | | | |
| JMS | L240 | A103 | Draft/Revise motion for default judgment | 300.00 | 0.10 | 30.00 |
| **09/17/2007** | | | | | | |
| JMS | L240 | A103 | Draft/Revise motion for default judgment | 300.00 | 2.20 | 660.00 |
| JMM | L120 | A105 | Confs CRJ, JMS re strategy on default judgment | 650.00 | 0.50 | 325.00 |
| CRJ | L190 | A106 | Advice re default judgment | 525.00 | 0.60 | 315.00 |
| **09/18/2007** | | | | | | |
| JMS | L120 | A105 | Communicate (in firm) with J. Miller regarding motion for default judgment | 300.00 | 0.10 | 30.00 |
| JMM | L240 | A104 | Review draft motion for a default | 650.00 | 0.40 | 260.00 |
| JMM | L220 | A106 | Prepare e-mail to client re **REDACTED** | 650.00 | 0.30 | 195.00 |
| **09/19/2007** | | | | | | |
| JMS | L120 | A105 | Communicate (in firm) with J. Miller regarding case status | 300.00 | 0.30 | 90.00 |

Page: 2

UBS Real Estate Securities Inc.

10/09/2007

Account No: 2630-1001
Statement No: 20361

Silver State Financial Services Inc.

|  |  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|---|
| JMM | L240 | A106 | t/c w/Eisenberger re ; t/c w/Moon re e-mails w/Bowes re | | | |
| | | | **REDACTED** | 650.00 | 0.80 | 520.00 |
| 09/21/2007 | | | | | | |
| JMS | L120 | A105 | Communicate (in firm) with J. Miller and C. Jacob regarding case status | 300.00 | 0.20 | 60.00 |
| 09/26/2007 | | | | | | |
| JMS | L120 | A105 | Communicate (in firm) with J. Miller and C. Jacob regarding case status | 300.00 | 0.10 | 30.00 |
| | | | For Professional Services | | 5.70 | 2,545.00 |

## Hours By Timekeeper

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Miller, Joel M. | 2.00 | $650.00 | $1,300.00 |
| Jacob III, Charles R. | 0.60 | 525.00 | 315.00 |
| Sher, Jeremy M. | 3.10 | 300.00 | 930.00 |

## Expenses

| | | | | |
|---|---|---|---|---|
| 04/01/2007 | L110 | E118 | Litigation support vendors - Process of Service | 267.75 |
| | | | For Expenses | 267.75 |

| | |
|---|---|
| Balance Due | $2,812.75 |

## Task Code Hours By Timekeeper

| | | Fees | Expenses |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.00 | 267.75 |
| L120 | Analysis/Strategy | 565.00 | 0.00 |
| L190 | Other Case Assessment, Development and Administration | 315.00 | 0.00 |
| L100 | Case Assessment, Development and Administration | 880.00 | 267.75 |
| L220 | Preliminary Injunctions/Provisional Remedies | 195.00 | 0.00 |
| L240 | Dispositive Motions | 1470.00 | 0.00 |
| L200 | Pre-Trial Pleadings and Motions | 1,665.00 | 0.00 |