```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UBS REAL ESTATE SECURITIES INC.,

Plaintiff,

-against-

SILVER STATE FINANCIAL SERVICES,
INC. d/b/a SILVER STATE MORTGAGE,

Defendant.

Case No.: 07 Civ. 3702 (MGC)

ECF Case

**DEFAULT JUDGMENT**

This action having been commenced on May 10, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on defendant Silver State Financial Services, Inc. d/b/a Silver State Mortgage, on May 15, 2007, by personal service on Marika Hymer, an agent authorized to receive service for defendant, and proof of such service having been filed on May 24, 2007, and the defendant not having answered or otherwise responded to the Complaint, and the time for answering or otherwise responding to the Complaint having expired, it is

ORDERED, ADJUDGED, AND DECREED: That the plaintiff UBS Real Estate Securities Inc. have judgment against defendant Silver State Financial Services, Inc. d/b/a Silver State Mortgage in the liquidated amount of $2,881,573 with interest at $710.52 per diem from October 19, 2007 through January 10, 2008 amounting to $ 58,973.16, and attorneys' fees and costs in the amount of $15,057.39, amounting in all to $ 2,955,603.55.

Dated: New York, New York
January 10, 2008

_____
Hon. Miriam Goldman Cedarbaum, U.S.D.J.